UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN N. KAMFOLT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>J. LIZARRAGA,<br><br>　　　　Respondent. | Case No. 17-cv-00970-HSG<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition for Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated: 2/25/2019

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　United States District Judge